UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY

| | |
|---|---|
| HAROLD BURGESS, on Behalf of Himself and Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ARCHER PRESSURE PUMPING LLC &,<br>GREAT WHITE PRESSURE PUMPING LLC,<br><br>*Defendants*. | CASE NO. CIV-13-1171-C<br><br><br><br><br><br>COLLECTIVE ACTION |

**NOTICE OF FILING CONSENTS**

The following individuals consent to join this action pursuant to 29 U.S.C. § 216(b).

1. Derek Bruce;

2. Perry Bruce;

3. Kenneth Hollon;

4. Terrence Monroe;

5. Prawesh Pandey;

6. Kevin Peoples;

7. Don Shelton.

Respectfully submitted,

**Taylor Lucas Locke & Corbin**
Kevin S. Locke
Oklahoma Bar No. 14769
1132 North Broadway
Oklahoma City, OK 73103
Kevin.locke@taylorlucas.com

**AND**

**BRUCKNER BURCH PLLC**

       **s/ Rex Burch**
By: _____
Richard J. (Rex) Burch
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

**CERTIFICATE OF CONFERENCE**

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

**CERTIFICATE OF SERVICE**

A copy of Plaintiff's Notice of Filing Consent will be served on all parties in accordance with the Federal Rules.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

IN RE: FLSA CLAIMS AGAINST: ] COLLECTIVE ACTION
]
]
**ARCHER LIMITED, ET AL.** ] **NOTICE OF CONSENT**
]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

_____
Signature

Derek Micheal Bruce

_____
Full Legal Name (print)

**Mail, Fax or Email to:**    Bruckner Burch PLLC
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    Fax: 713-877-8065
    frontdesk@brucknerburch.com

**Exhibit 1**


| | | |
|---|---|---|
| IN RE:  FLSA CLAIMS AGAINST: | ] | COLLECTIVE ACTION |
| | ] | |
| **ARCHER LIMITED, ET AL.** | ] | **<u>NOTICE OF CONSENT</u>** |
| | ] | |

     I consent to be a party plaintiff in an action to collect unpaid wages.  I agree to be bound by the Professional Services Agreement.

*Perry W. Bruce, Jr.* (DocuSigned by: 37DEED523A374BA...)
_____
Signature

Perry Wayne Bruce Jr.
_____
Full Legal Name (print)

**Exhibit 2**

IN RE: FLSA CLAIMS AGAINST: ] COLLECTIVE ACTION
]
]
**ARCHER LIMITED, ET AL.** ] **<u>NOTICE OF CONSENT</u>**
]

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

DocuSigned by:

*[signature: Hollon]*

A1E88E92EA83403...

Signature

Kenneth A Hollon

Full Legal Name (print)

**Exhibit 3**

IN RE: FLSA CLAIMS AGAINST:      ]        COLLECTIVE ACTION
                                 ]
                                 ]
**ARCHER LIMITED, ET AL.**       ]        **NOTICE OF CONSENT**
                                 ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

*/s/ Terrence Monroe*
DocuSigned by: 615575D6E74043E...
Signature

Terrence Monroe
Full Legal Name (print)

**Exhibit 4**

IN RE:  FLSA CLAIMS AGAINST:        ]        COLLECTIVE ACTION
                                    ]
                                    ]
**ARCHER LIMITED, ET AL.**          ]        **NOTICE OF CONSENT**
                                    ]

     I consent to be a party plaintiff in an action to collect unpaid wages.  I agree to be bound by the Professional Services Agreement.

*Prawesh Pandey* (DocuSigned by: 59D9E20FD28A485...)

Signature

Prawesh Pandey

Full Legal Name (print)

**Exhibit 5**

| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST: | ] | COLLECTIVE ACTION |
| | ] | |
| **ARCHER LIMITED, ET AL.** | ] | **NOTICE OF CONSENT** |
| | ] | |

      I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

*Kevin Peoples* (DocuSigned)
CAD1C45F708A456...
Signature

Kevin Peoples
_____
Full Legal Name (print)

**Exhibit 6**

IN RE: FLSA CLAIMS AGAINST:        ]        COLLECTIVE ACTION
                                   ]
                                   ]
**ARCHER LIMITED, ET AL.**         ]        **NOTICE OF CONSENT**
                                   ]

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

*DocuSigned by:*
*Don Shelton*
CB9C7BEA2FFA4E1...
Signature

Don Shelton

_____
Full Legal Name (print)

**Exhibit 7**